No. 1,920.—RUMNEY ET AL., RESPONDENTS, *v.* DONOVAN, APPELLANT.

*Appeal from District Court, Lewis and Clarke County; J. M. Clements, Judge.*

On motion to dismiss appeal.

Decided June 19, 1903.

PER CURIAM.—Upon motion of counsel for the appellant this appeal is hereby dismissed as settled.

*Mr. F. W. Mettler,* for Appellant.

*Messrs. Clayberg & Gunn,* and *Mr. A. J. Galen,* for Respondents.

---

No. 1,937.—IN RE LOGAN.

*Appeal from District Court, Flathead County; D. F. Smith, Judge.*

On motion to dismiss appeal.

Decided June 19, 1903.

PER CURIAM.—Upon motion of counsel for the appellant herein, this appeal is dismissed as settled.

*Mr. James Donovan,* for Appellant.